**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**AT EVANSVILLE**

MARISSA DUFFY, KIAN WOOLSEY, and JOSHUA GRUTZIUS, individually, and on behalf of all others similarly situated,

Plaintiffs,

v.

LEWIS BROTHERS BAKERIES, INC.

Defendant.

No. 3:24-cv-00081-MPB-CSW

**ORDER APPROVING JOINT STIPULATION OF DISMISSAL**

THIS CAUSE came on for consideration before this Court upon the Joint Stipulation of Dismissal Pursuant to Settlement Agreement ("Stipulation"). The Court having reviewed the Stipulation and being fully advised, ORDERS and ADJUDGES as follows:

The Stipulation is APPROVED and the case is dismissed without prejudice.

SO ORDERED.

Dated: January 26, 2026

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Served electronically on all ECF-registered counsel of record.